Commonwealth *v.* Harvie, Appellant.

Argued May 7, 1942.

608

Before Keller, P. J., Cunningham, Baldrige, Rhodes, Hirt and Kenworthey, JJ.

*David Roth*, with him *William H. Coleman*, for appellant.

*Louis L. Kaufman*, with him *Russell H. Adams*, District Attorney, for appellee.

Per Curiam, May 8, 1942:

The six judges who heard the argument in this case being equally divided in opinion, the judgment is affirmed. (See note to *Cherry v. Massachusetts Bonding and Insurance Company*, 133 Pa. Superior Ct. 180, 2 A. 2d 515).